Barrett, Costello & Barrett and James A. Dooley, for appellants; Wendell H. Shanner and John W. Costello, of counsel; Edward B. Henslee, for appellee; Melvin L. Griffith and Walter N. Murray, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.

Joseph Simon et al., Trading as J & M Distributors, Appellees, v. Standard Accident Insurance Company, Appellant.

Gen. No. 44,536.

opinion filed December 13, 1948; released for publication December 27, 1948. Andrew J. Farrell, for appellant; Ben Copple, for appellees; Henry W. Olschner, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.

Heinrich Necheles, Administrator of Estate of David Necheles, Deceased, Appellee, v. Jefferson Ice Company and Carl Pyle, Appellants.

Gen. No. 44,568.